No. 10093. STATE OF MONTANA ex rel. LEONARD JAMES STEWART, DEFENDANT AND RELATOR, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the State of Montana, In and For the COUNTY OF MISSOULA, and the HONORABLE C. E. COMER, District Judge, RESPONDENTS.

Submitted October 8, 1959.

Decided October 8, 1959.

345 Pac. (2d) 172.

PER CURIAM.

Original proceeding. Petition for writ of mandamus or other appropriate writ.

The application for the writ herein is denied and the proceeding ordered dismissed.